IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ELEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:09-cv-958-MEF |
| | ) |
| THE TRAVELERS INSURANCE | ) |
| COMPANIES, INC., *et al.*, | ) (WO – DO NOT PUBLISH) |
| | ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

For the reasons set forth in this Court's Memorandum Opinion and Order on the defendants' Motion for Summary Judgment, the Court finds that judgment is due to be entered in favor of the defendants. Accordingly, it is hereby

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiffs, that this action is DISMISSED with prejudice and costs are taxed as paid.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 18th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE